No. 17,860.

HARLAN K. SOLE, ET AL. *v.* COLORADO STATE BOARD OF EXAMINERS IN THE BASIC SCIENCES, ET AL.
(299 P. [2d] 119)

Decided July 2, 1956. Rehearing denied July 23, 1956.

Mr. BEN KLEIN, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. SAMUEL R. FREEMAN, Assistant, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.